Fred W. Rentz and Augusta Rentz, appellants, v. William E. Meyers and George J. Jank, trading as W. E. Meyers & Company, appellees. Gen. No. 34,752.

Opinion filed May 19, 1931.

Walter Hamilton, for appellants; John E. Erickson, of counsel. Morris K. Levinson, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Reliance Bank & Trust Company, appellee, v. Stella Skamski and Sollie Dolinsky, defendants, on appeal of Sollie Dolinsky, appellant. Gen. No. 35,042.

Opinion filed May 19, 1931.

Barancik & Dolin, for appellant. Kirkland, Fleming, Green & Martin, for appellee; William H. Symmes and Emil F. Meier, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

G. A. E. Kohler, trading as Kohler Brothers, appellant, v. Irving I. Stone, appellee. Gen. No. 34,524.

Opinion filed May 19, 1931. Rehearing denied June 1, 1931.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and George T. Evans, of counsel. Jones, Addington, Ames & Seibold, for appellee; Thorley Von Holst, W. Clyde Jones, Jr. and Arthur B. Seibold, Jr., of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Kazimer Kelpszas and Anna Kelpszas, appellants, v. The White Eagle Building and Loan Association et al., defendants. Frank J. Heitmann, appellee. Gen. No. 34,619.

Opinion filed May 19, 1931.

Charles E. Carpenter and Cummings & Wyman, for appellants; Austin L. Wyman, of counsel. Sherman C. Spitzer, Norbert B. Tyrrell, Walter V. Fackler and Rathje & Connor, for appellee.

Mr. Justice Kerner delivered the opinion of the court.